# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2016

152291

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                               SC: 152291
                               COA: 325149
                               Oakland CC: 2002-186193-FH

BRIAN LEE MEEK,
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 26, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

      BERNSTEIN, J., would remand this case to the Court of Appeals as on leave granted.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2016



p0922

Clerk